# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4102
_____

Marixia Maldonado,      *

        Appellant,      *

    v.      *    Appeal from the United States

        *    District Court for the

Carl Rosenkranz, Executive Director,      *    Western District of Missouri.

Ozarks Area Community Action      *

Corp.; Ozarks Area Community      *    [UNPUBLISHED]

Action Corporation,      *

        Appellees.      *

_____

Submitted: November 14, 2006
Filed: December 5, 2006
_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.
_____

PER CURIAM.

Marixia Maldonado appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we agree with the district court that for the promotional decisions at issue Maldonado either failed to establish a prima facie case or failed to counter defendants'

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

evidence as to the legitimate, nondiscriminatory reasons for selecting other candidates, see Younts v. Fremont County, 370 F.3d 748, 754-55 (8th Cir. 2004) (Title VII failure-to-promote case); Kim v. Nash Finch Co., 123 F.3d 1046, 1055-56 (8th Cir. 1997) (discussing failure-to-promote claim under 42 U.S.C. § 1981). Maldonado may not seek reversal based on assertions that her counsel was ineffective. See Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988).

Accordingly, we affirm. See 8th Cir. R. 47B. We deny Maldonado's pending motion.

_____